No. 26-1861

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

THE PREGNANCY CARE CENTER OF ROCKFORD; THE DIOCESE OF SPRINGFIELD IN ILLINOIS,

*Plaintiffs-Appellants,*

v.

JAMES BENNETT, in his official capacity as Director of the Illinois Department of Human Rights; KWAME RAOUL, in his official capacity as Illinois Attorney General,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Illinois
Case No. 3:25-cv-50127 / Hon. Rebecca R. Pallmeyer

## APPELLANTS' DOCKETING STATEMENT

David A. Cortman
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville, GA 30043
(571) 707-4655
dcortman@ADFlegal.org

Ryan J. Tucker
Mark A. Lippelmann
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
rtucker@ADFlegal.org
mlippelmann@ADFlegal.org

John J. Bursch
Caroline C. Lindsay
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
jbursch@ADFlegal.org
clindsay@ADFlegal.org

*Counsel for Appellants*

Appellants Pregnancy Care Center of Rockford and the Diocese of Springfield in Illinois file their Docketing Statement pursuant to Seventh Circuit Rule 3.

1. The United States District Court for the Northern District of Illinois had original jurisdiction of this case under 28 U.S.C. §§ 1331 & 1343. The district court's federal question jurisdiction was based on 42 U.S.C. § 1983 and the First and Fourteenth Amendments to the United States Constitution.

2. The United States Court of Appeals for the Seventh Circuit has jurisdiction to decide this appeal under 28 U.S.C. § 1291. This appeal is taken from the final decision of the U.S. District Court for the Northern District of Illinois entered on March 31, 2026, by the Honorable Rebecca R. Pallmeyer, dismissing Appellants' complaint and striking their motion for a preliminary injunction based on want of jurisdiction. Although the order was issued without prejudice to Appellants' refiling an amended complaint within twenty-one days, the order was final the day it was issued because amendment would be futile in light of the erroneous legal holdings underlying the district court's decision. Moreover, the period provided by the district court for amendment has since lapsed, confirming the order's finality.

3. Appellants filed the notice of appeal within the time designated by the Federal Rules of Appellate Procedure, on April 22, 2026, just after the period for amendment lapsed.

4. There are no related or prior appellate court proceedings.

5. The current occupants of the named offices are Defendants James Bennett, Director of the Illinois Department of Human Rights, and Kwame Raoul, Attorney General of Illinois.

Dated: April 29, 2026

Respectfully submitted,

*s/ Caroline C. Lindsay*

David A. Cortman
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville, GA 30043
(571) 707-4655
dcortman@ADFlegal.org

Ryan J. Tucker
Mark A. Lippelmann
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
rtucker@ADFlegal.org
mlippelmann@ADFlegal.org

John J. Bursch
Caroline C. Lindsay
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
jbursch@ADFlegal.org
clindsay@ADFlegal.org

*Counsel for Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2026, I electronically filed the foregoing docketing statement with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

*s/ Caroline C. Lindsay*
Caroline C. Lindsay
*Counsel for Appellants*