# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 30, 2026

*By the Court:*

| | |
|---|---|
| No. 26-1861 | PREGNANCY CARE CENTER OF ROCKFORD and DIOCESE OF SPRINGFIELD IN ILLINOIS, <div align="center">Plaintiffs - Appellants</div><br>v.<br><br>JAMES BENNETT and KWAME RAOUL, <div align="center">Defendants - Appellees</div> |

**Originating Case Information:**

District Court No: 3:25-cv-50127
Northern District of Illinois, Western Division
District Judge Rebecca R. Pallmeyer

A preliminary review of the short record suggests that the district court has not entered a judgment under Rule 58 of the Federal Rules of Civil Procedure. Accordingly,

**IT IS ORDERED** that both appellants and appellees shall file, on or before May 7, 2026, a statement advising the court whether they will request in the district court that judgment be set out in a separate document. *See* Fed. R. Civ. P. 58(d).