No. 26-1861

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| THE PREGNANCY CARE CENTER OF ROCKFORD; and THE DIOCESE OF SPRINGFIELD IN ILLINOIS, | ) ) ) ) | Appeal from the United States District Court for the Northern District of Illinois |
| Plaintiffs-Appellants, | ) ) | |
| v. | ) ) | No. 3:25-cv-50127 |
| JAMES BENNETT, in his official capacity as Director of the Illinois Department of Human Rights; and KWAME RAOUL, in his official capacity as Illinois Attorney General, | ) ) ) ) ) | The Honorable REBECCA R. PALLMEYER, |
| Defendants-Appellees. | ) | Judge Presiding. |

## DEFENDANTS-APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Defendants-Appellees James Bennett, in his official capacity as Director of the Illinois Department of Human Rights, and Kwame Raoul, in his official capacity as Illinois Attorney General, move this court for an unopposed 32-day extension of time, from August 3, 2026, to, September 4, 2026, to file their response brief in this appeal. The attached declaration is submitted in support of this motion.

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois


By: /s/ Megan L. Brown
MEGAN L. BROWN

Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(224) 204-9642 (office)
(312) 415-6318 (cell)
Megan.Brown@ilag.gov

2

# DECLARATION

I, Megan L. Brown, state the following:

1.      I am a citizen of the United States over the age of 18.  My current business address is 115 South LaSalle Street, Chicago, Illinois 60603.  I have personal knowledge of the facts set forth in this declaration.  If called upon, I could competently testify to these facts.

2.      I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois, and I have been assigned to represent Defendants-Appellees James Bennett, in his official capacity as Director of the Illinois Department of Human Rights, and Kwame Raoul, in his official capacity as Illinois Attorney General, before this court in the appeal docketed as *Pregnancy Care Ctr. of Rockford v. Bennett*, No. 26-1861.

3.      Defendants-Appellees' response brief is due by August 3, 2026, on one extension of time.  This is the second request for an extension of time to file this brief.  On June 24, 2026, the Defendants-Appellees filed their first motion for extension of time.  7th Cir. Doc. 29.  This court granted that motion the next day. 7th Cir. Doc. 30.

4.      This motion is being filed at least seven days before the response brief's due date, as required by 7th Cir. R. 26.

5.      I will be unable to finish drafting the response brief for Defendants-Appellees in this appeal, have it reviewed through the regular review process of the

Civil Appeals Division, finalize it, and file it with this court by July 2, 2026, for the following reasons.

6. On June 2, 2026, I filed a motion to dismiss and a response to an emergency motion for stay pending appeal on behalf of Defendant-Appellee Illinois State Board of Education in *Hill v. Bd. of Educ. of City of Chi.*, No. 1-26-0969, in the Illinois Appellate Court, First District. I prioritized this motion practice because the Plaintiff-Appellant's motion was filed on an emergency basis.

7. On June 22, 2026, I filed the response brief on behalf of defendants-appellees Latoya Hughes, Jennica Sefton, and Dawn Scroggins in *Joyce-Dibart v. Hughes*, No. 25-1812, in the United States Court of Appeals for the Seventh Circuit. This is an interlocutory appeal of the denial of a preliminary injunction motion involving the Illinois Department of Corrections' calculation of terms of mandatory supervised release. I prioritized this appeal because it was due on a final extension of time.

8. On August 18, 2026, I am scheduled to present oral argument on behalf of Respondent Illinois Educational Labor Relations Board in *Southwestern Ill. Coll. v. Mehrmann*, No. 4-25-0868, in the Illinois Appellate Court, Fourth Judicial District. This case involves an issue of whether an educational employer terminated a professor's employment in retaliation for participating in protected activity. Preparation for oral argument is currently one of the priorities in my work schedule.

9. In addition, I am responsible for drafting briefs and managing litigation in other matters. For instance, I am scheduled to file a response brief on August 14,

2026, in *Oliver v. Meredith*, No. 25-1690, in this court.  I am also responsible for drafting a response brief in *Jackson v. Ill. Dep't of Children and Fam. Servs.*, No. 4-26-0559 (Illinois Appellate Court, First Judicial District), which is currently due on July 29th, 2025.  Though the brief in the instant case is currently my priority, I have been involved in managing the dockets in the above case as well.

10.     Finally, I have performed various administrative and supervisory duties in my capacity as an Assistant Supervising Attorney, including reviewing motions that have been filed in this court, as well as the Illinois Appellate Court, Fifth District.

11.     On July 21, 2026, I gave notice to Caroline Cook Lindsay, John Bursch, James A. Campbell, David Andrew Cortman, Mark Lippelmann, and Ryan J. Tucker, counsels for the Plaintiffs-Appellants, that I would be filing a 32-day motion for extension of time.  On July 23, 2026, Plaintiff-Appellant's counsels indicated that they would not oppose the motion for extension of time so long as the Defendants-Appellees would not oppose a 25-day motion for extension of time for Plaintiffs-Appellants to file their reply brief in this appeal, which Plaintiffs-Appellants will seek if the immediate motion is granted.  The Defendants-Appellees would not oppose such a motion.

12.     I do not request this 32-day extension of time from August 3, 2026, to September 4, 2026, to file the response brief in this appeal for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on July 27, 2026.

/s/ Megan L. Brown
MEGAN L. BROWN
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(224) 204-9642 (office)
(312) 415-6318 (cell)
Megan.Brown@ilag.gov

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on July 27, 2026, I electronically filed the foregoing Defendants-Appellees' Unopposed Motion for Extension of Time to File Brief with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participants in this appeal, named below, are CM/ECF users and will be served via the CM/ECF system.

James A. Barta
james.barta@atg.in.gov

Peter Breen
pbreen@thomasmoresociety.org

John J. Bursch
jbursch@adflegal.org

James A. Campbell
jcampbell@adflegal.org

David Andrew Cortman
dcortman@adflegal.org

Caroline Cook Lindsay
clindsay@adflegal.org

Mark Lippelmann
mlippelmann@adflegal.org

John P. Lowrey
john.lowrey@atg.in.gov

Ryan J. Tucker
rtucker@adflegal.org

/s/ Megan L. Brown
MEGAN L. BROWN
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(224) 204-9642 (office)
(312) 415-6318 (cell)
Megan.Brown@ilag.gov