OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

KWAME RAOUL
ATTORNEY GENERAL

November 12, 2026

**VIA CM/ECF**
Mr. Christopher G. Conway
Clerk of the Court
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604

Re: Oral Argument in *Pregnancy Care Center of Rockford v. Bennett*, No. 26-1861

Dear Mr. Conway,

I am requesting that oral argument not be scheduled in the above-referenced appeal between January 20, 2027, and January 22, 2027, because of preexisting professional obligations.

Regards,

/s/ Megan L. Smith
MEGAN L. SMITH
Assistant Attorney General
Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
(224) 204-9642 (office)
(312) 415-6318 (cell)
Megan.Smith@ilag.gov

cc/counsel of record